# Third District Court of Appeal

## State of Florida

Opinion filed March 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D19-751; 3D19-750; 3D19-744; 3D19-741
Lower Tribunal Nos. 16-551-K; 16-494-K; 16-550-K; 16-549-K

_____

**Alfred F. Rehm, et al.,**
Appellants,

vs.

**Pritam Singh and Ann E. Johnston, et al.,**
Appellees.

Appeals from the Circuit Court for Monroe County, Luis M. Garcia, Judge.

Shannin Law Firm, P.A., Nicholas A. Shannin and Carol B. Shannin (Orlando), for appellants.

Smith Hawks, PL, Barton W. Smith and Christopher B. Deem, for appellees.

Before LOGUE, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.